UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 1

| | |
|---|---|
| **MIRROR METALS, INC.**<br><br>                    Plaintiff,<br><br>v.<br><br>**UNITED STATES,**<br>                                   **Defendant.** | **S U M M O N S**<br><br>Court No. 24-00145 |

**TO:**   The Attorney General and the Secretary of Homeland Security:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

                                                         **/s/ Mario Toscano**
                                                         Clerk of the Court

## PROTEST

| Port(s) of Entry: 2704 | Center (if known): |
|---|---|
| Protest Number: 2704-24-169118 | Date Protest Filed: 1/15/2024 |
| Importer: Mirror Metals, Inc. | Date Protest Denied: 2/07/2024 |
| Category of Merchandise: Steel | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 224-4766316-6 | 12/07/2022 | 08/25/2023 | | | |
| 224-4766313-3 | 12/08/2022 | 06/30/2023 | | | |
| | | | | | |
| | | | | | |

Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt  LLP
599 Lexington Avenue, 36th floor
New York, New York 10022
KDobscha@gdlsk.com
(212) 557-4000

## CONTESTED ADMINISTRATIVE DECISION

| | **Appraised Value of Merchandise** | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| | **Classification, Rate or Amount** | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
The Importer of Record received Section 232 Product Exclusions on the subject products and CBP failed to apply the Exclusions. The Importer of Record is entitled to a refund of the additional 25% duties paid.

The issue which was common to all such denied protests:
The Importer of Record had Section 232 exclusions covering the subject products and CBP failed to apply the exclusions.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Katherine A. Dobscha
*Signature of Plaintiff's Attorney*

August 5, 2024
*Date*

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)

12874842_1